```
JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
```

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Adriana Sierra,<br><br>            Plaintiff,<br><br>  v.<br><br>United States Department of Education; Equifax Information Services LLC; and Experian Information Solutions, Inc.<br><br>            Defendant. | Case No. 2:24-cv-00296-APG-MDC<br><br>**Stipulation and Order to Extend Time to File a Response**<br><br>**(Third Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, Plaintiff Adriana Sierra and Federal Defendant United States Department of Education, through undersigned counsel, hereby stipulate and agree as follows:

Plaintiff filed her complaint on February 12, 2024. ECF No. 1.

Plaintiff served Federal Defendant with a copy of the Summons and Complaint on February 20, 2024. ECF No. 5.

The current deadline for Federal Defendant to respond to Plaintiff's Complaint is June 21, 2024.

On June 18, 2024, counsel for Plaintiff and Federal Defendant agreed to a 7-day extension to allow additional time for Federal Defendant to finishing reviewing agency documents and respond to the allegations in Plaintiff's Complaint.

Accordingly, the parties, through undersigned counsel, submit this stipulation to a one-week extension from **June 21, 2024**, to **June 28, 2024**, for Federal Defendant to file a Response to the Complaint. This is the third request for an extension of time.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 21st day of June 2024.

| | |
|---|---|
| FREEDOM LAW FIRM, LLC | JASON M. FRIERSON<br>United States Attorney<br>Nevada Bar No. 7709 |
| */s/ Gerardo Avalos*<br>GERARDO AVALOS, ESQ.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, Nevada 89123 | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504 |
| *Attorneys for Plaintiff* | U.S. ATTORNEY'S OFFICE<br>501 S. Las Vegas Blvd., Suite 1100<br>Las Vegas, Nevada 89101<br><br>*Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
**Hon. Maximiliano D. Couvillier III**
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 6/24/24