George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Adriana Sierra*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Adriana Sierra,<br><br>  Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc. and United States Department of Education,<br><br>  Defendants. | Case No.: 2:24-cv-00296-APG-MDC<br><br>**Stipulation and Order for an extension of time for Plaintiff to respond to United States Department of Education's Motion to Dismiss** |

Adriana Sierra ("Plaintiff") and United States Department of Education ("Defendant") (together as "the Parties") by counsel, hereby submit this Stipulation and Order for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss filed on June 28, 2023. ECF 19.

The parties are requesting an extension of time for Plaintiff to respond to Defendant's Motion by 14 days from the current deadline of July 12, 2024 to **July 26, 2024.**

STIPULATION     - 1 -

This is the first request for an extension of this deadline and the extension is not sought in bad faith or intended for undue delay.

The extension is sought because Plaintiff needs more time to review and prepare a response due to a shortage of staff surrounding the 4th of July holiday.

For the forgoing reasons, the parties hereby respectfully request that the Court order that Plaintiff's opposition to the pending Motion shall be due on or before **July 26, 2024**.

Dated: July 8, 2024.

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave., Ste 100
Las Vegas, NV 89123
*Counsel for Plaintiff*

/s/ *Virginia T. Tomova*
Virginia T. Tomova, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States Department of Education*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: July 9, 2024