George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
info@freedomlegalteam.com
*Counsel for Plaintiff Adriana Sierra*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Adriana Sierra,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; and United States Department of Education,<br><br>　　　　Defendants. | Case No.: 2:24-cv-00296-APG- MDC<br><br>**Stipulation of dismissal of United States Department of Education with prejudice** |

NOTICE　　　　　　　　　　　　　　　　- 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Adriana Sierra and United States Department of Education stipulate to dismiss Plaintiff's claims against United States Department of Education in this case with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 26, 2024.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

Jason M. Frierson
United States Attorney
Nevada Bar No. 7709

/s/ *Virginia T. Tomova*
Virginia T. Tomova, Esq.
Assistant United States Attorney
*Attorneys for the United States Department of Education*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 29, 2024

NOTICE                                - 2 -